Ali S. Razai (*Pro Hac Vice*)
ali.razai@morganlewis.com
Benjamin J. Everton (*Pro Hac Vice*)
ben.everton@morganlewis.com
Christian D. Boettcher (*Pro Hac Vice*)
christian.boettcher@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626
Tel:     (714) 830-0600
Fax:     (714) 830-0700

Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
D. Craig Parry (Utah Bar No. 7274)
cparry@parrbrown.com
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, UT  84111
Tel:     (801) 532-7840

*Attorneys for Plaintiff Hydrafacial LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>LUVO MEDICAL TECHNOLOGIES INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC., doing business as POWERED BY MRP,<br><br>           Defendants. | **NOTICE OF CHANGE OF ADDRESS OF ALI S. RAZAI**<br><br>Case No. 2:24-cv-00587-TC<br><br>Judge:  Hon. Tena Campbell |

PLEASE TAKE NOTICE that attorney Ali S. Razai of Morgan, Lewis & Bockius LLP, counsel of record for Hydrafacial LLC, in the above-captioned matter, makes the following updates to the contact information on file with this Court and respectfully requests that the docket be updated accordingly:

>Ali S. Razai
>ali.razai@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>600 Anton Boulevard, Suite 1800
>Costa Mesa, CA  92626
>Tel:  (714) 830-0600
>Fax: (714) 830-0700

*Dated this 5th day of March 2025.*   Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/Ali S. Razai
    Ali S. Razai

*Attorney for Plaintiff Hydrafacial LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS OF ALI S. RAZAI** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Karen A. Satterfield*
Karen A. Satterfield
Legal Secretary