# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC., doing business as POWERED BY MRP,<br><br>Defendants. | **ORDER GRANTING MOTION TO REOPEN CASE**<br><br><br>Case No.  2:24-cv-00587-TC<br><br>Judge: Hon. Tena Campbell |

Before the Court is Plaintiff HydraFacial LLC's Motion to Reopen Case. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____ 2025.

BY THE COURT:

_____
HON. TENA CAMPBELL
DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                           *Andrea Foutz*
                                           Legal Assistant