IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, fka EDGE SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EUNSUNG GLOBAL CORPORATION,<br><br>    Defendant. | **ORDER GRANTING MOTION TO REOPEN CASE AND LIFTING STAY**<br><br>Case No. 2:24-cv-00587-TC<br><br>Judge Tena Campbell |

  Before the court is a motion to reopen the case filed by Plaintiff HydraFacial LLC, fka Edge Systems LLC (HydraFacial). (ECF No. 54.) The court previously closed the case after approving HydraFacial's proposed Final Consent Judgment and Permanent Injunction. (ECF No. 52.) But that settlement was only a partial settlement, as it did not include a settlement with Defendant Eunsung Global Corporation (Eunsung). Accordingly, the court grants HydraFacial's motion to reopen the case against Eunsung.

  The court held a status conference on April 24, 2025, at which the parties provided an update about related matters pending before the United States International Trade Commission and the United States Patent and Trademark Office. For the reasons stated at the hearing, the court lifts the stay that had previously been in place in this action and orders the parties to file a motion for a scheduling order by May 6, 2025. The deadlines in that scheduling order should account for the pending petitions for inter partes review (IPR), for which decisions are due by August 25, 2025. Depending on developments regarding Eunsung's intent to seek directive

review and the outcome of the IPR petitions, the parties may jointly move to reinstitute a stay of this case as a matter of judicial efficiency. But the court finds that a reasonable scheduling order is appropriate at this stage to get the litigation moving.

### ORDER

For the foregoing reasons, the court ORDERS as follows:

1. HydraFacial's Motion to Reopen Case (ECF No. 54) is GRANTED. The court directs the Clerk of Court to reopen this action against Eunsung.

2. This action was stayed before it was closed. The court clarifies that this action should not be stayed at this time.

3. The parties are ordered to file a motion for a scheduling order by May 6, 2025.

DATED this 24th day of April, 2025.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge