# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LUVO MEDICAL TECHNOLOGIES INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC., doing business as POWERED BY MRP,<br><br>*Defendants*. | **[PROPOSED] ORDER GRANTING DEFENDANT EUNSUNG GLOBAL CORP.'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Case No.: 2:24-cv-00587-TC-JCB<br><br>Judge: Tena Campbell<br><br>Magistrate Judge: Jared C. Bennett |

Having considered Defendant Eunsung Global Corp's Motion to Extend Time to Respond to the Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant Eunsung Global Corp.'s response to the Complaint (Dkt. 1) is now due June 5, 2025.

Dated this _____ day of May 2025.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge