D. Craig Parry, Bar No. (UT 7274)
cparry@parrbrown.com
**PARR BROWN GEE & LOVELESS**
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840

Ali S. Razai (*Pro Hac Vice*)
ali.razai@morganlewis.com
Benjamin J. Everton (*Pro Hac Vice*)
ben.everton@morganlewis.com
Christian D. Boettcher (*Pro Hac Vice*)
christian.boettcher@morganlewis.com
**MORGAN LEWIS BOCKIUS LLP**
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff HydraFacial LLC*

Brent O. Hatch (5715)
Adam M. Pace (14278)
**Hatch Law Group PC**
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (*pro hac vice*)
Joseph V. Colaianni (*pro hac vice*)
Linhong Zhang (*pro hac vice*)
April Sunyoung Park (*pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
degnan@fr.com
colaianni@fr.com
lwzhang@fr.com
apark@fr.com

*Counsel for Defendant Eunsung Global Corp.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | **JOINT MOTION TO EXTEND THE DEADLINE TO SUBMIT STIPULATED PROTECTIVE ORDER AND ANY DISPUTES**<br><br>Case No.  2:24-cv-00587-TC-JCB<br><br>Judge: Hon. Tena Campbell<br>Magistrate Judge: Hon. Jared C. Bennett |

## JOINT MOTION TO EXTEND THE DEADLINE TO SUBMIT STIPULATED PROTECTIVE ORDER AND ANY DISPUTES

Plaintiff HydraFacial, LLC ("HydraFacial") and Defendant Eunsung Global Corp. ("Eunsung") move the Court to enter an order extending the deadline to submit a stipulated protective order and any disputes until June 25, 2025.

The Court issued a deadline to submit a stipulated protective order and any disputes by June 20, 2025. Dkt. No. 64. The parties are working through the issues of the stipulated protective order and any disputes but would be able to streamline the issues if the parties are given a modest extension to further discuss and potentially resolve some of the issues.

Good cause exists for a modest extension as it would allow the parties to narrow any potential issues and potentially come to an agreement.

Dated: June 20, 2025                        Respectfully submitted,


                                                               By: /s/ Brent O. Hatch

Brent O. Hatch (5715)
Adam M. Pace (14278)
**Hatch Law Group PC**
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (*pro hac vice*)
Joseph V. Colaianni (*pro hac vice*)
Linhong Zhang (*pro hac vice*)
April Sunyoung Park (*pro hac vice*)
**FISH & RICHARDSON P.C.**

        1000 Maine Avenue, S.W., Suite 1000
        Washington, D.C. 20024
        degnan@fr.com
        colaianni@fr.com
        lwzhang@fr.com
        apark@fr.com

*Counsel for Defendant Eunsung Global Corp.*


By:   */s/ Ben J. Everton (with permission by email on 6/20/25)*


**PARR BROWN GEE & LOVELESS**
D. Craig Parry

**MORGAN LEWIS BOCKIUS LLP**
Ali S. Razai
Ben J. Everton
Christian D. Boettcher

*Attorneys for Plaintiff HydraFacial LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on June 20, 2025 with a copy of this document via the Court's CM/ECF system.

/s Brent O. Hatch