# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO SUBMIT STIPULATED PROTECTIVE ORDER AND ANY DISPUTES<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

Having considered the Joint Motion to Extend the Deadline to Submit Stipulated Protective Order and Any Disputes,[1] and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED. Accordingly, the deadline to submit a Stipulated Protective Order or any dispute is extended to June 25, 2025.

DATED this 23rd day of June 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 68.