Brent O. Hatch (5715)
Adam M. Pace (14278)
Hatch Law Group PC
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (pro hac vice)
Joseph V. Colaianni (pro hac vice)
Linhong Zhang (pro hac vice)
April Sunyoung Park (pro hac vice)
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
degnan@fr.com
colaianni@fr.com
lwzhang@fr.com
apark@fr.com

*Counsel for Defendant Eunsung Global Corp.*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DEADLINE FOR DEFENDANT'S DOCUMENT PRODUCTION**<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>Judge: Hon. Tena Campbell<br>Magistrate Judge: Hon. Jared C. Bennett |

Having considered Defendant's Motion to Extend the Deadline for Defendant's Document Production, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is GRANTED.  Defendant's deadline to produce documents pursuant to Judge Campbell Patent Rule JCPR 4(A)(2) is extended until the parties have a chance to more fully meet and confer on this matter and the Court resolves any disputes regarding the proposed terms of the Protective Order.

Dated this _____ day of June 2025.

BY THE COURT:

_____

Jared C. Bennett
United States Magistrate Judge