# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,**<br><br>Defendants. | **ORDER GRANTING DEFENDANT EUNSUNG'S MOTION TO EXTEND THE DEADLINE FOR DOCUMENT PRODUCTION**<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Defendant Eunsung Global's ("Eunsung") motion for extension of time to produce documents pursuant to Judge Campbell's Patent Rule JCPR 4(A)(2).[1] For the reasons set forth in the motion, and good cause appearing, the court GRANTS the motion and HEREBY ORDERS as follows:

1. If the parties are unable to reach an agreement regarding the terms in the court's Standard Protective Order by June 25, 2025, Eunsung shall file a motion regarding the outstanding disputes.

2. If no agreement is reached by June 25, 2025, Eunsung shall immediately produce all non-Attorneys' Eyes Only ("AEO") information to Plaintiff pursuant to JCPR

---

[1] ECF No. 70.

    4(A)(2).

3. Eunsung's deadline to produce all AEO information is temporarily stayed pending either the parties' agreement regarding the terms of the protective order or the court's ruling on any forthcoming motion related to this dispute.

IT IS SO ORDERED.

DATED this 24th day of June 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge