# Exhibit 2

# [Sealed Pursuant to DUCivR 5-3]