# Exhibit 3

# [Sealed Pursuant to DUCivR 5-3]