D. Craig Parry, Bar No. (UT 7274)
cparry@parrbrown.com
**PARR BROWN GEE & LOVELESS**
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840

Ali S. Razai (*Pro Hac Vice*)
ali.razai@morganlewis.com
Benjamin J. Everton (*Pro Hac Vice*)
ben.everton@morganlewis.com
Christian D. Boettcher (*Pro Hac Vice*)
christian.boettcher@morganlewis.com
**MORGAN LEWIS BOCKIUS LLP**
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff Hydrafacial LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | **PLAINTIFF HYDRAFACIAL LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S SHORT-FORM MOTION TO COMPEL**<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>Judge: Hon. Tena Campbell<br>Judge: Hon. Jared C. Bennett |

Pursuant to DUCivR 5-3, Plaintiff HydraFacial LLC ("HydraFacial") respectfully seeks leave to file under seal certain exhibits to its Short-Form Motion to Compel.

"On motion of a party and a showing of good cause, a judge may order that a Document be sealed." DUCivR 5-3(a)(1). Here, Exhibits 2 and 4 to HydraFacial's motion should be sealed because they purport to contain information that Defendant Eunsung Global Corp. ("Eunsung") has designated as Highly Confidential – Attorneys' Eyes Only pursuant to the protective order entered by this Court on June 26, 2025, ECF No. 73. Pursuant to DUCivR 5-3(b)(2)(C), Eunsung's deisngation is the sole reason that Exhibits 2 and 3 to HydraFacial's motion are being filed under seal. In compliance with DUCivR 5-3(b)(1), HydraFacial hereby attaches an un-redacted copy of the Exhibits 2 and 3.

Accordingly, HydraFacial respectfully requests that the Court grant this motion and keep Exhibits 2 and 3 to HydraFacial's Short-Form Motion to Compel sealed indefinitely.

Dated: July 17, 2025                    Respectfully submitted,

                                        /s/   Benjamin J. Everton

                                        **PARR BROWN GEE & LOVELESS**
                                        D. Craig Parry

                                        **MORGAN LEWIS BOCKIUS LLP**
                                        Ali S. Razai
                                        Benjamin J. Everton
                                        Christian D. Boettcher

                                        *Attorneys for Plaintiff HydraFacial LLC*

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA 92626-7653.

On July 17, 2025, I served the foregoing document on counsel shown below via ECF:

| | |
|---|---|
| Brent O. Hatch (5715) | Lauren A. Degnan (pro hac vice) |
| Adam M. Pace (14278) | Joseph V. Colaianni (pro hac vice) |
| HATCH LAW GROUP PC | Linhong Zhang (pro hac vice) |
| 22 E. 100 S., Suite 400 | April Sunyoung Park (pro hac vice) |
| Salt Lake City, Utah 84111 | FISH & RICHARDSON P.C. |
| Telephone: (801) 869-1919 | 1000 Maine Avenue, S.W., Suite 1000 |
| hatch@hatchpc.com | Washington, D.C. 20024 |
| pace@hatchpc.com | degnan@fr.com colaianni@fr.com |
| | lwzhang@fr.com |
| | apark@fr.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2025, at Costa Mesa, California.

_____
Vanessa Green