# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | ORDER GRANTING MOTION TO SEAL<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Plaintiff's motion for leave to file under seal exhibits attached to Plaintiff's motion for short form discovery re: Initial Disclosures, Judge Campbell's Patent Rule 4.A.(2) Document Production, and Interrogatory Responses.[1] For the reasons outlined in the motion, and good cause appearing, the court GRANTS the motion. Accordingly, according to DUCivR 5-3, Exhibits 2 and 3 to Plaintiff's motion for short form discovery shall remain under seal.[2]

---

[1] ECF No. 75.

[2] ECF No. 74-2; ECF No. 74-3.

IT IS SO ORDERED.

DATED this 18th day of July 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge