Brent O. Hatch (5715)
Adam M. Pace (14278)
Hatch Law Group PC
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (pro hac vice)
Joseph V. Colaianni (pro hac vice)
Linhong Zhang (pro hac vice)
April Sunyoung Park (pro hac vice)
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
degnan@fr.com
colaianni@fr.com
lwzhang@fr.com
apark@fr.com

*Counsel for Defendant Eunsung Global Corp.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | **[PROPOSED] ORDER DENYING PLAINTIFF'S SHORT-FORM MOTION TO COMPEL**<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>Judge: Hon. Tena Campbell<br>Magistrate Judge: Hon. Jared C. Bennett |

Having considered Plaintiff HydraFacial LLC's Short-Form Motion to Compel and Defendant Eunsung Global Corp.'s respose thereto,

IT IS HEREBY ORDERED that the motion is DENIED for failure to make reasonable efforts to resolve the discovery dispute before seeking court assistance as required under DUCivR 37-1. The Court finds pursuant to Fed. R. Civ. P. 37(a)(5)(B) that it was not substantially justified for HydraFacial to file the motion, and therefore awards Eunsung it's attorney's fees incurred in responding to the motion, to be established by affidavit of counsel.

Dated this _____ day of July 2025.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge