D. Craig Parry, Bar No. (UT 7274)
cparry@parrbrown.com
**PARR BROWN GEE & LOVELESS**
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840

Ali S. Razai (*Pro Hac Vice*)
ali.razai@morganlewis.com
Benjamin J. Everton (*Pro Hac Vice*)
ben.everton@morganlewis.com
Christian D. Boettcher (*Pro Hac Vice*)
christian.boettcher@morganlewis.com
**MORGAN LEWIS BOCKIUS LLP**
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Telephone: +1.714.830.0600
Facsimile: +1.714.830.0700

*Attorneys for Plaintiff Hydrafacial LLC*

Brent O. Hatch (5715)
Adam M. Pace (14278)
**Hatch Law Group PC**
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (*pro hac vice*)
Joseph V. Colaianni (*pro hac vice*)
Linhong Zhang (*pro hac vice*)
April Sunyoung Park (*pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
degnan@fr.com
colaianni@fr.com
lwzhang@fr.com
apark@fr.com

*Counsel for Defendant Eunsung Global Corp.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | **JOINT NOTICE OF SETTLEMENT**<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>Judge: Hon. Tena Campbell<br>Judge: Hon. Jared C. Bennett |

Plaintiff HydraFacial LLC ("HydraFacial") and Defendant Eunsung Global Corp. ("Eunsung") have reached a settlement in principle to resolve all issues in this case. The parties respectfully request that the Court stay all remaining deadlines for thirty days to allow the parties to perform the conditions precedent to a dismissal of the action without simultaneously incurring the additional expense of proceeding with discovery and complying with other case deadlines under the current case schedule.

Unless the dates in the case are suspended, the parties would be required to expend substantial time and resources proceeding with the completion of fact discovery and complying with the upcoming infringement disclosures dates, including the current August 4, 2025 meet and confer concerning HydraFacial's short-form discovery motion and associated dates, the August 11 and August 12 noticed depositions of Eunsung and its personnel, and the August 14, 2025 initial infringement contentions ordered by the Court's May 27, 2025 scheduling order, Dkt. 64.

Dated: July 29, 2025                    Respectfully submitted,

/s/   Ali S. Razai
Ali S. Razai

**PARR BROWN GEE & LOVELESS**
D. Craig Parry

**MORGAN LEWIS BOCKIUS LLP**
Ali S. Razai
Benjamin J. Everton
Christian D. Boettcher

*Attorneys for Plaintiff HydraFacial LLC*

By: /s/ *Brent O. Hatch* (with permission from April Sunyoung Park to Benjamin J. Everton)
Brent O. Hatch

Brent O. Hatch (5715)
Adam M. Pace (14278)
**Hatch Law Group PC**
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (*pro hac vice*)
Joseph V. Colaianni (*pro hac vice*)
Linhong Zhang (*pro hac vice*)
April Sunyoung Park (*pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
degnan@fr.com
colaianni@fr.com
lwzhang@fr.com
apark@fr.com

*Counsel for Defendant Eunsung Global Corp.*

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA 92626-7653.

On July 29, 2025, I served the foregoing document on counsel shown below via ECF:

| | |
|---|---|
| Brent O. Hatch (5715) | Lauren A. Degnan (pro hac vice) |
| Adam M. Pace (14278) | Joseph V. Colaianni (pro hac vice) |
| HATCH LAW GROUP PC | Linhong Zhang (pro hac vice) |
| 22 E. 100 S., Suite 400 | April Sunyoung Park (pro hac vice) |
| Salt Lake City, Utah 84111 | FISH & RICHARDSON P.C. |
| Telephone: (801) 869-1919 | 1000 Maine Avenue, S.W., Suite 1000 |
| hatch@hatchpc.com | Washington, D.C. 20024 |
| pace@hatchpc.com | degnan@fr.com colaianni@fr.com |
| | lwzhang@fr.com |
| | apark@fr.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 29, 2025, at Costa Mesa, California.

_____
Vanessa Green