THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:24-cv-00587-TC-JCB<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

District Judge Tena Campbell referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court are the parties' Notice of Settlement[2] and Joint Motion to Stay.[3] Therein, Plaintiff HydraFacial LLC ("HydraFacial") and Defendant Eunsung Global Corp. ("Eunsung") indicate they have reached a settlement in principle to resolve all issues in this case. Therefore, they request that the court stay all case deadlines for 30 days to allow the parties to perform the conditions precedent to dismissing this action without

---

[1] ECF No. 57.

[2] ECF No. 83.

[3] ECF No. 84.

simultaneously incurring the additional expense of proceeding with discovery and complying with other case deadlines under the current case schedule.

For the reasons set forth in the motion, good cause appearing, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS as follows:

1. All deadlines in the operative Scheduling Order[4] are STAYED until August 29, 2025, at which point the parties shall file a status report regarding the status of settlement if dismissal documents have not yet been filed.

2. HydraFacial's Short Form Discovery Motion to Compel re: Initial Disclosures, Judge Campbell's Patent Rule 4.A.(2) Document Production, and Interrogatory Responses[5] is administratively terminated.

3. The court VACATES its previous order that the parties meet and confer and provide a status update by August 6, 2025 indicating whether the parties' discovery dispute has been resolved.[6]

4. The termination of this motion by way of this order shall not be used by any party in any proceeding as evidence of a substantive ruling on the merits of the motion.

5. If the stay of this case is later lifted, HydraFacial may renew its short form discovery motion to compel.

---

[4] ECF No. 64.
[5] ECF No. 74.
[6] ECF No. 82.

IT IS SO ORDERED.

DATED this 30th day of July 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge