D. Craig Parry, Bar No. (7274)
cparry@parrbrown.com
**PARR BROWN GEE & LOVELESS**
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532-7840

Ali S. Razai (p*ro hac vice*)
ali.razai@morganlewis.com
Benjamin J. Everton (p*ro hac vice*)
ben.everton@morganlewis.com
Christian D. Boettcher (p*ro hac vice*)
christian.boettcher@morganlewis.com
**MORGAN LEWIS BOCKIUS LLP**
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

*Attorneys for Plaintiff Hydrafacial LLC*

Brent O. Hatch (5715)
Adam M. Pace (14278)
**Hatch Law Group PC**
22 E. 100 S., Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

Lauren A. Degnan (*pro hac vice*)
Joseph V. Colaianni (*pro hac vice*)
Linhong Zhang (*pro hac vice*)
April Sunyoung Park (*pro hac vice*)
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
degnan@fr.com
colaianni@fr.com
lwzhang@fr.com
apark@fr.com

*Attorneys for Defendant Eunsung Global Corp.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC,<br><br>Plaintiff,<br>v.<br><br>LUVO MEDICAL TECHNOLOGIES, INC., CLARION MEDICAL TECHNOLOGIES, INC., EUNSUNG GLOBAL CORP., and HEALTHCARE MARKETS, INC. doing business as POWERED BY MRP,<br><br>Defendants. | **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Case No.  2:24-cv-00587-TC-JCB<br><br>Judge: Hon. Tena Campbell<br>Judge: Hon. Jared C. Bennett |

Plaintiff HydraFacial LLC, formerly known as Edge Systems LLC ("Plaintiff"), and Defendant Eunsung Global Corp. ("Defendant") hereby stipulate to and jointly move for entry of final consent judgment and permanent injunction as follows:

1. That this Court has subject matter jurisdiction over this action as well as personal jurisdiction over Plaintiff and Defendant.

2. That venue is proper in this judicial district.

3. That HydraFacial owns each of U.S. Patent Nos. 9,550,052 (the "'052 Patent"); 11,446,477 (the "'477 Patent"); 11,865,287 (the "'287 Patent"); 12,053,607 (the "'607 Patent"); 10,357,641 (the "'641 Patent"); and 10,357,642 (the "'642 Patent") (collectively, the "Asserted Patents").

4. That, through March 29, 2026, pursuant to the Patent Act, 35 U.S.C. § 283, Defendant, together with their officers, directors, agents, servants, employees and affiliates thereof, representatives, and all other persons acting or attempting to act in concert or participation with them, is permanently enjoined and restrained from making, using, selling, offering for sale, importing, advertising, marketing, promoting, and importing into the United States each of the Bela MD and the Bela MD+ products or any product that is no more than colorably different therefrom. For the avoidance of doubt, Defendant may provide and/or import into the United States replacement Bela MD, Bela MD+, and/or replacement parts to honor express warranty obligations for Eunsung products distributed by Luvo Medical Technologies, Inc., Clarion Medical Technologies Inc., or Healthcare Markets, Inc.

5. That Defendant take nothing by way of this Final Judgment.

6. That this Final Consent Judgment and Permanent Injunction are entered into pursuant to a settlement agreement between Plaintiff and Defendant.

7. That all other claims and counterclaims are dismissed <u>without</u> prejudice.

8. That nothing contained in this Final Consent Judgment and Permanent Injunction shall affect any of Plaintiff's rights against any third party, including but not limited to any of Defendant's manufacturers, customers, or distributors.

9. That the parties affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

10. That this Court retain jurisdiction over this matter to enforce compliance with the Permanent Injunction.

11. That each party will bear its own costs and attorneys' fees for this action.

Dated: August 7, 2025.

  /s/ Benjamin J. Everton
**PARR BROWN GEE & LOVELESS**
D. Craig Parry (7274)

**MORGAN, LEWIS & BOCKIUS LLP**
Ali S. Razai *(pro hac vice)*
Benjamin J. Everton *(pro hac vice)*
Christian D. Boettcher *(pro hac vice)*

*Attorneys for Plaintiff Hydrafacial LLC*

  /s/ Brent O. Hatch (with permission)
**HATCH LAW GROUP, PC**
Brent O. Hatch (5715)
Adam M. Pace (14278)

**FISH & RICHARDSON P.C.**
Lauren A. Degnan *(pro hac vice)*
Joseph V. Colaianni *(pro hac vice)*
Linhong Zhang *(pro hac vice)*
April Sunyoung Park *(pro hac vice)*

*Attorneys for Defendant Eunsung Global Corp.*

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA 92626-7653.

On August 7, 2025, I served the foregoing document on counsel shown below via ECF:

| | |
|---|---|
| Brent O. Hatch (5715) | Lauren A. Degnan *(pro hac vice)* |
| Adam M. Pace (14278) | Joseph V. Colaianni *(pro hac vice)* |
| HATCH LAW GROUP PC | Linhong Zhang *(pro hac vice)* |
| 22 E. 100 S., Suite 400 | April Sunyoung Park *(pro hac vice)* |
| Salt Lake City, Utah 84111 | FISH & RICHARDSON P.C. |
| Telephone: (801) 869-1919 | 1000 Maine Avenue, S.W., Suite 1000 |
| hatch@hatchpc.com | Washington, D.C. 20024 |
| pace@hatchpc.com | degnan@fr.com colaianni@fr.com |
| | lwzhang@fr.com |
| | apark@fr.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 7, 2025, at Costa Mesa, California.

_____
Vanessa Green