AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Utah** on the following

☐ Trademarks or  ☒ Patents .  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-00587-TC | DATE FILED<br>8/16/2024 | U.S. DISTRICT COURT<br>District of Utah, 351 S. West Temple, Rm. 1.100, Salt Lake City, UT 84101 |
|---|---|---|
| PLAINTIFF<br>HydraFacial LLC formerly known as Edge Systems LLC | | DEFENDANT<br>Healthcare Markets Inc and Eunsung Global Corp and Clarion Medical Technologies Inc and Luvo Medical Technologies Inc |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,550,052 | 1/24/2017 | HydraFacial LLC |
| 2 | 11,446,477 | 9/20/2022 | HydraFacial LLC |
| 3 | 11,865,287 | 1/9/2024 | HydraFacial LLC |
| 4 | 12,053,607 | 8/6/2024 | HydraFacial LLC |
| 5 | 10,357,641 & 10,357,642 | 6/23/2019 | HydraFacial LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Final Consent Judgment & Permanent Injunction entered against Eunsung Global on 8/8/2025 |

| CLERK<br>Gary P. Serdar | (BY) DEPUTY CLERK<br>/s/Aimee Trujillo | DATE<br>8/8/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy